## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Anthony DICICCO on behalf of
himself and others similarly situated,

      *Plaintiff,*

          v.

DABELLA EXTERIORS, LLC

      *Defendant.*

Case No. 1:25-cv-13338-AK

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter the undersigned's appearance as Attorney for PLAINTIFF Anthony DiCicco in the above captioned case.

*/s/ Alex M. Washkowitz*
**Alex M. Washkowitz, Esq.**
CW Law Group, P.C.
160 Speen Street
Suite 309
Framingham, MA 01701
Phone 508-309-4880
Fax 508-597-7722
alex@cwlawgrouppc.com
MA BBO #: 644077

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished electronically via the Court's CM/EMF system to Counsel of Record.