UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY DICICCO, individually and on behalf of a class of all persons and entities similarly situated,

    *Plaintiff,*

v.

DABELLA EXTERIORS LLC,

    *Defendant.*

Civil Action No. 1:25-cv-13338-AK

## NOTICE OF APPEARANCE OF MICHAEL WILLIAMS FOR THE DEFENDANT

To:    The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant **Dabella Exteriors LLC**.

.

                       Respectfully submitted,

                       **Dabella Exteriors LLC**,

                       by its attorneys,

                       /s/ Michael Williams
                       Michael Williams (634062)
                       Lawson & Weitzen, LLP
                       88 Black Falcon Avenue, Suite 345
                       Boston, MA 02210-1736
                       Telephone: (617) 439-4990
                       SGriggs@Lawson-Weitzen.com
                       BSlean@Lawson-Weitzen.com
                       MWilliams@Lawson-Weitzen.com

                       as local counsel for:

Diane J. Zelmer
(pro hac vice motion forthcoming)
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter, FL 33458
Telephone: (561) 429-4496
djz@BerensonLLP.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

   /s/ Michael Williams
Michael Williams (634062)

2