**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

ANTHONY DICICCO, individually and on
behalf of a class of all persons and entities
similarly situated,

      Plaintiff,                                   Case No.:  1:25-cv-13338-AK

v.

DABELLA EXTERIORS LLC

      Defendant.

_____/

## <u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>

Counsel for the Plaintiff has graciously indicated that the Plaintiff will not oppose this motion.

Pursuant to Local Rule 83.5.3, I, Michael Williams, a member of the bar of this Court and counsel of record for Defendant DaBella Exteriors, LLC, hereby move the admission pro hac vice of Diane J. Zelmer, a member of the bar of the State of Florida, to serve as counsel for Defendant DaBella Exteriors LLC in this matter.

As set forth in the accompanying certification, Diane J. Zelmer (1) is a member of good standing of the bar of every jurisdiction to which she has been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which she is a member of the bar, (3) have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Dizne J. Zelmer pro hac vice to the bar of this Court.

Dated December 17, 2025.                    Respectfully submitted,

                                            /s/ Michael Williams
                                            Michael Williams  (634062)
                                            Lawson & Weitzen, LLP
                                            88 Black Falcon Avenue, Suite 345
                                            Boston, MA 02210
                                            Telephone:  (617) 439-4990
                                            Email:  Mwilliams@Lawson-Weitzen.com

                                            -and-

                                            Diane J. Zelmer Esq.
                                            BERENSON LLP
                                            4495 Military Trail, Ste. 203
                                            Jupiter, Florida 33458
                                            Telephone:  561-429-4496
                                            Facsimile:  703-991-2195
                                            Email:  djz@berensonllp.com
                                            hcc@berensonllp.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for the Defendant conferred with Plaintiff's counsel Anthony Paronich, by electronic mail on December 16, 2025, in a good faith attempt to resolve or narrow the issues raised in this motion and he indicated that the Plaintiff will not oppose this motion.

                                            /s/ Michael Williams
                                            Michael Williams (634062)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                                            /s/ Michael Williams
                                            Michael Williams (634062)