IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY DICICCO, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

Case No.: 1:25-cv-13338-AK

v.

DABELLA EXTERIORS LLC

    Defendant.
_____/

## CERTIFICATE OF DIANE J. ZELMER

In support of my application for admission *pro hac vice* in this matter, I, Diane J. Zelmer, hereby certify that:

1. I am a Litigation partner at Berenson LLP. I represent the Defendant DaBella Exteriors LLC in the above action.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Florida, U.S. District Court for the Southern District of Florida, U.S. District Court for the Middle District of Florida, U.S. District Court for the Northern District of Florida , Eleventh Circuit, Court of Appeals, Fourth Circuit, Court of Appeals, U.S. District Court for the Western District of Michigan, Tenth Circuit, Court of Appeals, U.S. Bankruptcy Court for the Southern District of Florida and U.S. Bankruptcy Court for the Middle District of Florida.

3. I am not the subject of disciplinary proceedings pending in any jurisdictions in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to the United States District

Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this District.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated December 17, 2025.                    Respectfully submitted,

 /s/ Diane J. Zelmer
Diane J. Zelmer Esq.
BERENSON LLP
4495 Military Trail, Ste. 203
Jupiter, Florida 33458
Telephone: 561-429-4496
Facsimile: 703-991-2195
Email: djz@berensonllp.com
hcc@berensonllp.com

3