## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY DICICCO, individually and on
behalf of a class of all persons and entities
similarly situated,

      Plaintiff,                          Case No.:  1:25-cv-13338-AK

v.

DABELLA EXTERIORS LLC

      Defendant.

_____/

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local 112.4, the undersigned counsel for DaBella Exteriors LLC ("DaBella" or "Defendant"), hereby certifies that no publicly-held corporation owns 10% or more of DaBella Exteriors LLC stock.

Dated:  January 7, 2026.          Respectfully submitted,

                                      /s/ Diane J. Zelmer
                                      Diane J. Zelmer Esq.
                                      Florida Bar No. 27251 (admitted *Pro Hac Vice*)
                                      BERENSON LLP
                                      4495 Military Trail, Ste. 203
                                      Jupiter, Florida 33458
                                      Telephone:  561-429-4496
                                      Facsimile:  703-991-2195
                                      Email:  djz@berensonllp.com
                                                          hcc@berensonllp.com

                                      -and-

Michael Williams (634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Email:  SGriggs@Lawson-Weitzen.com
        BSlean@Lawson-Weitzen.com
        MWilliams@Lawson-Weitzen.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed through the ECF system and will be furnished electronically via the Court's CM/ECF system to all registered participants as identified on the Notice of Electronic Filing ("NEF") on this 7th day of January, 2026.

/s/ Diane J. Zelmer
Diane J. Zelmer Esq.
Florida Bar No. 27251 (admitted *Pro Hac Vice*)