IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DICICCO, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:25-cv-13338-AK |

---

### NOTICE OF RELATED CLASS ACTION CASE

---

Defendant, DABELLA EXTERIORS LLC ("DABELLA"), by and through their undersigned counsel, hereby notifies the Court of the following related case, filed in another Federal district:

> *Leon Weingrad v. DaBella Exteriors LLC*, Case No. 3:25-cv-00396-SI, in the United States District Court for the District of Oregon, Portland Division. (See generally, First Amended Class Action Complaint, Doc No. 23, in Case No. 3:25-cv-00396-SI ("*Weingrad* Complaint")).

The case is related because *Weingrad* Complaint seeks to certify a class identical to the class Plaintiff seeks here:

> **National Do Not Call Registry Class:** All persons with the United States: (1) whose residential telephone numbers were on the National Do Not Call Registry for at least 31 days; (2) but who received more than one telephone solicitation call from Defendant or any third party acting on Defendant's behalf; (3) within a 12-month period; (4) within the four years prior to the filing of the Complaint.

(*Weingrad* Complaint at ¶ 62). *Cf.*, (Doc No. 1 at ¶ 25).[1]

---

[1] Federal courts routinely apply what has become known as the first-to-file rule, which "stands for the common sense proposition that, when two cases are the same or very similar, efficiency

Dated:  January 7, 2026.  Respectfully submitted,

/s/ Diane J. Zelmer
Diane J. Zelmer Esq.
Florida Bar No. 27251 (admitted *Pro Hac Vice*)
BERENSON LLP
4495 Military Trail, Ste. 203
Jupiter, Florida 33458
Telephone:  561-429-4496
Facsimile:  703-991-2195
Email:  djz@berensonllp.com
hcc@berensonllp.com

-and-

Michael Williams (634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Email:  SGriggs@Lawson-Weitzen.com
BSlean@Lawson-Weitzen.com
MWilliams@Lawson-Weitzen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed through the ECF system and will be furnished electronically via the Court's CM/ECF system to all registered

---

concerns dictate that only one court decide both cases." *Thakkar v. United States*, 389 F. Supp. 3d 160, 170 (D. Mass. 2019) (quoting *In re Telebrands Corp.*, 824 F.3d 982, 984 (Fed. Cir. 2016)) (internal quotations omitted).  As this Court has stated, "'In a class action…it is the class, not the representative, that is compared' when deciding whether to apply the first-to-file rule." *Waithaka v. Amazon.com, Inc.*, 404 F. Supp. 3d 335, 351 (D. Mass. 2019), *aff'd*, 966 F.3d 10 (1st Cir. 2020) (quoting *Weinstein v. Metlife, Inc.*, No. 06-04444, 2006 WL 3201045, at *4 (N.D. Cal. Nov. 6, 2006)); *see also Jimenez v. Kohl's Dep't Stores, Inc.*, 480 F. Supp. 3d 305, 307 (D. Mass. 2020) (finding the parties to be substantially similar for purposes of the first-to-file rule when "[t]he defendants are identical, and the proposed class of Massachusetts plaintiffs is subsumed within the nationwide FLSA class conditionally certified in *Collins*").

participants as identified on the Notice of Electronic Filing ("NEF") on this 7th day of January, 2026.

/s/ Diane J. Zelmer
Diane J. Zelmer Esq.
Florida Bar No. 27251 (admitted *Pro Hac Vice*)
