# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY DICICCO, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff

vs.

DABELLA EXTERIORS LLC

        Defendant.

Case No. 25-cv-13338

## DEFENDANT'S NOTICE OF CHANGE OF ADDRESS

Diane J. Zelmer, Esq., Berenson LLP, counsel for Defendant, DABELLA EXTERIORS LLC ("DABELLA"), hereby files this Notice of Change of Address notifying the Court and all parties and counsel of record of the undersigned's change of mailing address as follows:

Diane J. Zelmer, Esq.
BERENSON LLP
1242 SW Pine Island Road, Suite 42-414
Cape Coral, FL 33991

Dated:  May 26, 2026

Respectfully submitted,

/s/ Diane J. Zelmer, Esq.
Diane J. Zelmer, Esq., *pro hac vice*
BERENSON LLP
1242 SW Pine Island Road, Suite 42-414
Cape Coral, FL 33991
Tel:  (561) 429-4496
Fax: (703) 991-2195
Email:  djz@berensonllp.com
Secondary Email: hcc@berensonllp.com
*Attorneys for Dabella Exteriors LLC*

-and-

Michael Williams (634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Email:  SGriggs@Lawson-Weitzen.com
BSlean@Lawson-Weitzen.com
MWilliams@Lawson-Weitzen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2026, I electronically filed the foregoing with the

Clerk of the Court through the CM/ECF System, which will send a notice of electronic filing to all

counsel of record

/s/ Diane J. Zelmer
Diane J. Zelmer Esq.
Florida Bar No. 27251 (admitted *Pro Hac Vice*)