**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANTHONY DICICCO, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>DABELLA EXTERIORS LLC<br><br>Defendant. | Case No. 25-cv-13338 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

| | |
|---|---|
| ***Counsel for Defendant***<br>Diane J. Zelmer, Esq.<br>FL Bar No: 27251- *Pro hac vice*<br>E-mail: djz@berensonllp.com<br>Secondary: hcc@berensonllp.com<br>BERENSON LLP<br>1242 SW Pine Island Road, Suite 42-414<br>Cape Coral, FL 33991<br>Phone: 561-429-4496<br>Facsimile: (703) 991-2195<br><br>By: /s/ Diane J. Zelmer | ***Counsel for Plaintiff and proposed class***<br>Anthony I. Paronich (*pro hac vice*)<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (617) 485-0018<br>anthony@paronichlaw.com<br><br>By: /s/ Anthony I. Paronich |
| ***Counsel for Defendant*** | ***Counsel for Plaintiff and proposed class***<br>Alex M. Washowitz, Esq.<br>MA BBO#: 644077<br>CW Law Group, P.C. |

| | |
|---|---|
| Michael Williams (634062)<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210-1736<br>Telephone: (617) 439-4990<br>Email: SGriggs@Lawson-Weitzen.com<br>BSlean@Lawson-Weitzen.com<br>MWilliams@Lawson-Weitzen.com<br><br>By: /s/ Michael Williams, Esq. | 160 Speen Street, Suite 309<br>Framingham, MA 01701<br>Phone: 508-309-4880<br>Facsimile: 508-597-7722<br>alex@cwlawgrouppc.com<br><br>By: /s/ Alex M. Washkowitz |